IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DEMMENT ROYAL, ) | No. C 13-2510 RMW (PR) |
| Petitioner, ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| vs. ) | |
| M.E. SPEARMAN, Warden, ) | |
| Respondent. ) | (Docket No. 6) |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 23, 2013, the court issued an order to show cause. (Docket No. 5.) Petitioner has filed a motion requesting appointment of counsel. (Docket No. 6.) Plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional circumstances. See Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997); see also Lassiter v. Dep't of Social Services, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and plaintiff has thus far been able to adequately present his claims. This denial is without prejudice to the court's sua sponte appointment of counsel at a future date should the circumstances of this case warrant such appointment.

IT IS SO ORDERED.

DATED: _____

_____
RONALD M. WHYTE
United States District Judge

Order Denying Motion for Appt. of Counsel
G:\PRO-SE\RMW\HC.13\Royal510denycounsel.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN DEMMENT ROYAL,<br><br>        Plaintiff,<br><br>   v.<br><br>M E SPEARMAN et al,<br><br>        Defendant. | Case Number: CV13-02510 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martin Demment Royal V65542
Rainer B-334U
CTF
PO Box 705
Soledad, CA 93960-0705

Dated: February 3, 2014

                                                  Richard W. Wieking, Clerk
                                                  By: Jackie Lynn Garcia, Deputy Clerk